# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:95CR137 JCH |
| GERALD MINER, | ) ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that Kevin Schriener, 141 N. Meramec Avenue, Suite 20, St. Louis, Missouri, 63105, (314) 721-7095, is appointed to represent Defendant Gerald Miner in this cause of action.

**IT IS FURTHER ORDERED** that upon request the United States District Court Clerk's Office is directed to provide Defendant's newly appointed counsel any documents deemed necessary in preparation for the status conference regarding Defendant's Motion to Return Property (Document No. 245).

**IT IS FURTHER ORDERED** that this case is set for a status conference call on **Thursday, March 30, 2006 at 9:30 a.m.**

Dated this 10th day of March, 2006.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE