UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:95CR137 JCH |
| ) | |
| GERALD MINER, ) | |
| ) | |
| Defendant. ) | |

## ORDER NUNC PRO TUNC

**IT IS HEREBY ORDERED** nunc pro tunc that the phrase "pursuant to 18 U.S.C. § 3006A" is added to the first sentence of this Court's March 10, 2006 Order (Doc. No. 251), and the second half of the sentence shall now read, "is appointed, pursuant to 18 U.S.C. § 3006A, to represent Defendant Gerald Miner in this cause of action."

Dated this 27th day of March, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE